# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) CIVIL ACTION |
| Plaintiff, | ) ) FILE NO. 4:21-cv-00078-TWT |
| v. | ) ) |
| TRACY BURNS as Surviving Spouse and as Administrator of the Estate of ROBERT E. BURNS, deceased, PEEK PAVEMENT MARKING, LLC, WRIGHT BROTHERS CONSTRUCTION COMPANY, INC., NORTHWEST GEORGIA PAVING, INC., and DONALD WAYNE KING, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL OF DEFENDANT DONALD WAYNE KING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A(i)

Plaintiff Great American Insurance Company ("Great American") hereby dismisses Defendant Donald Wayne King pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice.

All Defendants having been dismissed, this action is dismissed with prejudice in its entirety.

Respectfully submitted, this 1st day of October, 2021.

2

**KERSHAW WHITE LLC**

5881 Glenridge Drive
Suite 100
Atlanta, GA  30328
470-443-1100 main
470-344-0958 direct
404-748-1179 fax
*jeff.kershaw@kershawwhite.com*

s/ Jeffrey A. Kershaw
**JEFFREY A. KERSHAW**
Georgia Bar No. 159054

*Counsel for Plaintiff Great American Insurance Company*

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, I served the ***Notice of Dismissal of Defendant Donald Wayne King Pursuant to Federal Rule of Civil Procedure 41(A)(1)(A(I)*** upon the Clerk of Court using the CM/ECF system which automatically sent email notification of such filing to the following attorneys of record:

Josh Gunnemann, Esq.
Councill, Gunnemann & Chally, LLC
Building 400, Suite 100
1201 Peachtree Street, N.E.
Atlanta, GA  30361
*jgunnemann@cgc-law.com*

*Counsel for Defendant*
***Tracy Burns as Surviving Spouse and as Administrator of the Estate of Robert E. Burns, deceased***

Robert G. Norred, Jr., Esq.
Logan-Thompson, PC
30 2nd Street, N.W.
Cleveland, TN  37311
*rnorred@loganthompsonlaw.com*

*Counsel for Defendant*
***Wright Brothers Construction Company, Inc.***

Thomas E. Brennan, Esq.
Fain Major & Brennan, P.C.
One Premier Plaza
5605 Glenridge Drive, Suite 900

Shattuck (Tucker) Ely, Esq.
Fellows LaBriola LLP
Suite 2300, South Tower
225 Peachtree Street, N.E.
Atlanta, GA  30303
*tely@fellab.com*

*Counsel for Defendant*
***Peek Pavement Marking, LLC***

Robert E. Casey, Jr. Esq.
Law Office of McLaughlin & Ream
Suite 375
360 Interstate North Parkway, S.E.
Atlanta, GA  30339
*robert.caseyjr@libertymutual.com*

*Counsel for Defendant*
***Northwest Georgia Paving, Inc.***

Atlanta, GA  30342
*tbrennan@fainmajor.com*
**Counsel for Defendant**
**Donald Wayne King**

    Respectfully submitted, this 1st day of October, 2021.

                            **KERSHAW WHITE LLC**

| | |
|---|---|
| 5881 Glenridge Drive | **s/ Jeffrey A. Kershaw** |
| Suite 100 | **JEFFREY A. KERSHAW** |
| Atlanta, GA  30328 | Georgia Bar No. 159054 |
| 470-443-1100 main | |
| 470-344-0958 direct | **Counsel for Plaintiff Great American** |
| 404-748-1179 fax | **Insurance Company** |
| *jeff.kershaw@kershawwhite.com* | |

4